STANLEY SKIDMORE, Respondent, v. SOL A. ROSENBLATT et al., Appellants.

Argued April 25, 1941; decided May 22, 1941.

*William B. Shelton* and *William J. McArthur* for appellants.

*Joseph Haskell* and *Hyman J. Fliegel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY. LEWIS, CONWAY and DESMOND, JJ.